**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ramon ARCINIEGA–GARCIA, aka Raul Mejia Garcia aka Raul Zapata Gonzalez aka Ignancio Balderanos aka Alberto Aciniega aka Alberto Garcia Arciniega, Defendant—Appellant.**

No. 07–30041.

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Oct. 22, 2007.\*

Filed Nov. 20, 2007.

Michael S. Lahr, Esq., USHE–Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Benjamin T. Cory, Esq., Cederberg Law Offices, Missoula, MT, for Defendant–Appellant.

Before: B. FLETCHER, WARDLAW, and IKUTA, Circuit Judges.

## MEMORANDUM \*\*

Ramon Arciniega–Garcia appeals from his 46–month sentence imposed following his guilty plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Arciniega–Garcia contends that the district court's sentence is unreasonable in light of the 18 U.S.C. § 3553(a) factors and also contends that the district court treated the Sentencing Guidelines as mandatory when it failed to conduct a proper 18 U.S.C. § 3553(a) analysis. We disagree. *See United States v. Plouffe*, 445 F.3d 1126, 1131 (9th Cir.), *cert. denied*, 547 U.S. 1158, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006).

Arciniega–Garcia contends that the disparity between his sentence and the sentences imposed on similarly-situated defendants who are prosecuted in districts with fast-track programs is unwarranted and renders his sentence unreasonable. This contention is foreclosed by *United States v. Marcial–Santiago*, 447 F.3d 715, 717–19 (9th Cir.2006).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

